**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JAMES FLOYD, JR., EXECUTOR OF THE ESTATE OF JAMES C. FLOYD, SR., DECEASED | : | No. 168 EAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| ASTENJOHNSON, INC. | : | |
| | : | |
| PETITION OF: JAMES FLOYD JR. | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.